IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) |
| | ) CASE NO: C-1-00-0899 |
| vs. | ) |
| | ) |
| **ROSE M. SEAY,** | ) WEBER, J. |
| aka ROSE MARIE SEAY, | ) NOVOTNY, M.J. |
| SSN: XXX-XX-1908 | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| **Cincinnati Children Hospital Medical Center** | ) |
| | ) |
| Garnishee. | ) |

## ORDER FOR A WRIT OF CONTINUING GARNISHMENT

Upon application of Plaintiff, the United States, for a Writ of Continuing Garnishment, the Court hereby finds that the application meets the requirements of Title 28 U.S.C. §3205.  Plaintiff's application (doc. 11) is **GRANTED.**

   **IT IS SO ORDERED**.

DATE: January 8, 2004                    s/ Susan M. Novotny
                                         Susan M. Novotny
                                         United States Magistrate Judge