IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



04 JAN 28 PM 1:06

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CASE NO: C-1-00-0899 |
| vs. | ) |
| ROSE M. SEAY, 02373 | ) JUDGE WEBER |
| aka ROSE MARIE SEAY, | ) MAGISTRATE JUDGE NOVOTNY |
| SSN: XXX-XX-1908 | ) |
| Defendant, | ) |
| and | ) |
| Cincinnati Children Hospital Medical Center | ) |
| Garnishee. | ) |

## ANSWER OF THE GARNISHEE

_LaVonne Scoggins_____, BEING DULY SWORN DEPOSES AND SAYS:
   (Affiant)

A.   That he/she is the _Financial Specialist_ (state official title, relationship, etc.) of Garnishee, Cincinnati Children Hospital Medical Center.

B.   On __1-20-2004__, ~~2003~~ Garnishee was served with the Writ of Continuing Garnishment. As of this date of service Garnishee has custody, control or possession of earnings because the Debtor is or was in my/our employ. ___✓___ Yes _____ No. (If the answer is yes, complete items 1 and 2 below):

1.   Debtor's pay period is _____ weekly, __✓__ bi-weekly, _____ semi-monthly, _____ monthly. Enter the date the present pay period began. _____ ("Present" means the pay period in which this order and notice of garnishment were served) Enter the date the above pay period ends. _____

2.  The amount of the Debtor's net wages are:
    a) Gross Pay                                  1,116.21
    b) Federal Income Tax                           89.50
    c) F.I.C.A. Income Tax                          80.51
    d) State Income Tax                             29.94
    e) Total of tax withholdings   LOCAL   22.10   222.05
    f) Net Wages ( total is (a) less total of (e))  894.16

C.  Have there been, or are there currently, other garnishments in effect? (Including, but not limited to, child support and alimony.) _____ Yes __✓__ No.

    If the answer is yes, describe below.

    _____

    _____

D.  In addition to earnings, the Garnishee has custody, control or possession of non-earnings property (such as commissions, bank accounts, stocks, ect.) in which the Debtor maintains an interest. _____ Yes __✓__ No (If the answer is yes, describe below)

    | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
    |---|---|---|
    | 1. _____ | _____ | _____ |
    | 2. _____ | _____ | _____ |
    | 3. _____ | _____ | _____ |
    | 4. _____ | _____ | _____ |

E.  Garnishee anticipates owing to the Debtor in the future, the following amounts (non-earnings only): N/A

    | Amount | Estimate Date or Period Due |
    |---|---|
    | 1. $ _____ | _____ |
    | 2. $ _____ | _____ |
    | 3. $ _____ | _____ |
    | 4. $ _____ | _____ |

F.  Complete items 1 through 3 below, if applicable:

    1.  The Garnishee makes the following claim of exemption on the part of Debtor as indicated on the Claim for Exemption Form.

        _NONE_

    2.  The Garnishee has the following objections, defenses or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Debtor upon Plaintiff's claim:

        _NONE_

    3.  The Garnishee was not and is not indebted or under liability to the Debtor, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Debtor, or in which the Garnishee has an interest; and is not liable as Garnishee in this action for the following reason(s):

        _NO_

G.  The Garnishee delivered or mailed a copy of the original of this Answer by first-class mail to:

    (1) Clerk U.S. District Court U.S. Postoffice & Courthouse, Rm #326 Cincinnati, OH 45202

    (2) the Debtor:

Rose M. Seay
517 Hale Avenue, Apt. 5
Cincinnati, OH 45229-3140

    (3) the attorney for the United States:

Deborah F. Sanders
Assistant United States Attorney
Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215-2401

_CINCINNATI CHILDREN'S HOSPITAL_
Garnishee

Subscribe and sworn to before me this _26th_ day of _JANUARY_, 2004.

_Michael L. Bauer_
Notary Public
My Commission expires: _____

MICHAEL L. BAUER
Notary Public, State of Ohio
My Commission Expires April 16, 2005