IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff ) | |
| ) | CASE NO: C-1-00-899 |
|     vs. ) | |
| ) | |
| ROSE M. SEAY, ) | JUDGE WEBER |
| aka ROSE MARIE SEAY, ) | MAGISTRATE JUDGE NOVOTNY |
| SSN: XXX-XX-1908 ) | |
|     Defendant, ) | |
| ) | |
|     and ) | |
| ) | |
| Cincinnati Children Hospital Medical Center ) | |
| ) | |
|     Garnishee. ) | |

**CERTIFICATE OF SERVICE ON
GARNISHEE**

This is to certify under penalty of perjury that on January 15, 2004, the following documents were mailed, by certified mail, return receipt requested to Garnishee, Cincinnati Children Hospital Medical Center, Attn: Human Resources, Mail Code: MLC5025, 3333 Burnet Ave., Cincinnati, OH 45229-3026.

1. Application for Writ of Continuing Garnishment;

2. Clerk's Notice of Garnishment, to which was attached a Claim for Exemption form with Instructions to Debtor.

3. Writ of Continuing Garnishment;

4. Instructions to the Garnishee;

5. Notice of Instructions to the above-named Defendant/Debtor for Objecting to Answer

of Garnishee and for Obtaining a Hearing on the Objections.

6. Answer of the Garnishee.

Attached hereto is a copy of the Return of Service document evidencing service on January 20, 2004.

                        Respectfully submitted,

                        GREGORY G. LOCKHART
                        United States Attorney

                        s/Deborah F. Sanders
                        DEBORAH F. SANDERS (0043575)
                        Assistant United States Attorney
                        Attorney for Plaintiff
                        303 Marconi Boulevard
                        Suite 200
                        Columbus, Ohio 43215
                        (614) 469-5715
                        Fax: (614) 469-5240
                        Deborah.Sanders @usdoj.gov

N:\_ECF Workload\DSanders\seay, rose.wpd

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) LAVONNE SCOGGINS | B. Date of Delivery 1-20-2004 |
| | C. Signature X /s/ LaVonne Scoggins | ☑ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>Cincinnati Children Hospital Medical Center<br>Attn: Human Resources<br>3333 Burnet Ave.<br>Cincinnati, OH 45229-3026 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 2. Article Number (Copy from service label)  7002 3410 0005 8984 6476 | | |
| PS Form 3811, July 1999  Domestic Return Receipt  102595-00-M-0952 | | |