## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>       Plaintiff )<br>) | |
| ) | CASE NO: C-1-00-899 |
|        vs. )<br>) | |
| ROSE M. SEAY, )<br>aka ROSE MARIE SEAY, )<br>SSN: XXX-XX-1908 )<br>       Defendant, )<br>) | JUDGE WEBER<br>MAGISTRATE JUDGE NOVOTNY |
|        and )<br>) | |
| **Cincinnati Children Hospital Medical Center** )<br>) | |
|        Garnishee. ) | |

### CERTIFICATE OF SERVICE ON JUDGMENT DEBTOR

This is to certify under penalty of perjury that on February 18, 2004, the following documents were mailed, by certified mail, return receipt requested, to the Defendant Rose M. Seay, c/o Cincinnati Children's Hospital, MLC5025 (mail code), 3333 Burnet Ave., Cincinnati, Ohio 45229.

1. Application for Writ of Continuing Garnishment;

2. Clerk's Notice of Garnishment, to which was attached a Claim for Exemption form with Instructions.

3. Writ of Continuing Garnishment;

4. Instructions to the Garnishee; and

5. Notice of Instructions to the above-named Defendant/Debtor for Objecting to Answer of Garnishee and for Obtaining a Hearing on the Objections.

      Attached hereto is a copy of the return receipt card evidencing the receipt of said mailing.

                                        Respectfully submitted,

                                        GREGORY G. LOCKHART
                                        United States Attorney

                                        s/Deborah F. Sanders
                                        DEBORAH F. SANDERS (0043575)
                                        Assistant United States Attorney
                                        Attorney for Plaintiff
                                        303 Marconi Boulevard
                                        Suite 200
                                        Columbus, Ohio 43215
                                        (614) 469-5715
                                        Fax: (614) 469-5240
                                        Deborah.Sanders @usdoj.gov

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)   B. Date of Delivery<br><br>C. Signature<br>X _Rose M Seay_   ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1?  ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>Rose M. Seay<br>c/o Cincinnati Children's Hospital<br>MLC5025 (mail code)<br>3333 Burnet Ave<br>Cincinnati, OH 45229 | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label)<br>7002 8410 0005 8924 5582 | |

PS Form 3811, July 1999       Domestic Return Receipt       102595-00-M-0952