IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff ) | |
| ) | CASE NO: C-1-00-899 |
| vs. ) | |
| ) | |
| ROSE M. SEAY, ) | JUDGE WEBER |
| aka ROSE MARIE SEAY, ) | MAGISTRATE JUDGE Perelman |
| SSN: XXX-XX-1908 ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| Cincinnati Children Hospital Medical Center ) | |
| ) | |
| Garnishee. | |

## ORDER OF GARNISHMENT

This matter came on for hearing on the date of January 8, 2004 and the Court made the following findings:

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee has filed an Answer to the Writ stating that at the time of the service of the Writ he had in his possession, custody or under his control, personal property belonging to and due the Defendant and that Garnishee was indebted to Defendant in the sum of $12,146.18 as of December 17, 2003.

The Defendant did not request a hearing to determine exempt property.

**IT IS ORDERED** that Garnishee pay the sum of Seventy-five dollars ($75.00) to Plaintiff on a bi-weekly basis and continue said payments until the debt to the Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this Court.

Dated:   3/15/04

                                                   s/David S. Perelman
                                                  UNITED STATES MAGISTRATE JUDGE