**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Rose Seay
   517 Hale Ave, Apt
   Cincinnati, Ohio
   45229

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Rose S____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   MAR 9 2004

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   CINCINNATI AVONDALE USPS - 45229

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7003 2260 0002 6723 4996

PS Form 3811, (Domestic Return Receipt)   102595-02-M-1540