IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>   Plaintiff | )<br>)<br>) CASE NO: C-1-00-899 |
|    vs. | )<br>) |
| ROSE M. SEAY,<br>aka ROSE MARIE SEAY,<br>SSN: XXX-XX-1908<br>   Defendant, | ) JUDGE WEBER<br>) MAGISTRATE JUDGE NOVOTNY<br>)<br>)<br>) |
|    and | )<br>) |
| Cincinnati Children Hospital Medical Center | )<br>) |
|    Garnishee. | ) |

**ANNUAL ACCOUNTING IN GARNISHMENT**

Pursuant to Title 18, U.S.C. § 3205(c)(9)(A), the United States of America submits the following accounting of the monies and property received under the Order of Garnishment filed in the above entitled action.

Pursuant to the Order of Garnishment, payments have been withheld from the Judgment Debtor and applied to the judgment debt in accordance with the attached Exhibit A.

                Respectfully submitted,

                GREGORY G. LOCKHART
                United States Attorney

                s/Deborah F. Sanders
                DEBORAH F. SANDERS (0043575)
                Assistant United States Attorney
                Two Nationwide Plaza
                303 Marconi Boulevard, Suite 200
                Columbus, Ohio 43215
                (614) 469-5715

**CERTIFICATE OF SERVICE**

A true copy of the above and foregoing Annual Accounting In Garnishment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed by first class mail, postage prepaid, this 10th day of August, 2005. to:

Rose M. Seay, Defendant
3000 Burnett Ave., Apt. E
Cincinnati, OH  45219

Cincinnati Children Hospital Medical Center
Garnishee
Attn: Human Resources/Payroll
3333 Burnet Ave.
Cincinnati, OH  45229-3026

s/Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney