GARNISHMENT PAYMENT HISTORY REPORT
FOR: 2000Z00845/001
DEBTOR: Seay, Rose M.
COURT NUMBER: C-1-00-899

*CURRENT LIABILITY BALANCE: $9,422.25*

| SEQ | FIN CODE | FIN TYPE | COL REC DATE | FORM/ REC | REC BY FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0025 | PMNT | WA | 31-MAR-2004 | GR/G | Cincinnati Childrens | OHS /04/115 | 1330550 | | $943.63 | 31-MAR-2004 |
| 0026 | PMNT | WA | 13-APR-2004 | GR/G | Cincinnati Childrens | OHS /04/124 | 1333106 | | $75.00 | 13-APR-2004 |
| 0027 | PMNT | WA | 26-APR-2004 | GR/G | Cincinnati Childrens | OHS /04/132 | 1336257 | | $75.00 | 26-APR-2004 |
| 0028 | PMNT | WA | 10-MAY-2004 | GR/G | Childrens Hospital | OHS /04/142 | 1339225 | | $75.00 | 10-MAY-2004 |
| 0029 | PMNT | WA | 26-MAY-2004 | GR/G | Cincinnati Childrens | OHS /04/153 | 13422252 | | $75.00 | 26-MAY-2004 |
| 0030 | PMNT | WA | 09-JUN-2004 | GR/G | Cincinnati's Childre | OHS /04/165 | 1346190 | | $75.00 | 09-JUN-2004 |
| 0031 | PMNT | WA | 23-JUN-2004 | GR/G | Cincinnati Childrens | OHS /04/175 | 1349279 | | $75.00 | 23-JUN-2004 |
| 0032 | PMNT | WA | 07-JUL-2004 | GR/G | Cincinnati Childrens | OHS /04/185 | 1353101 | | $75.00 | 07-JUL-2004 |
| 0033 | PMNT | WA | 19-JUL-2004 | GR/G | CHIKLDREN'S HOSPITAL | OHS /04/194 | | 1356027 | $75.00 | 19-JUL-2004 |
| 0034 | PMNT | WA | 02-AUG-2004 | GR/G | Cincinnati Childrens | OHS /04/205 | 1359240 | | $75.00 | 02-AUG-2004 |
| 0035 | PMNT | WA | 16-AUG-2004 | GR/G | Cincinnati childrens | OHS /04/216 | 1362102 | | $75.00 | 16-AUG-2004 |
| 0039 | PMNT | WA | 30-AUG-2004 | GR/G | Cincinnati Childrens | OHS /04/225 | 1364964 | | $75.00 | 30-AUG-2004 |



GOVERNMENT EXHIBIT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0040 | PMNT | WA | 13-SEP-2004 | GR/G | Cincinnati Childrens | OHS /04/235 | 1367667 | $75.00 | 13-SEP-2004 |
| 0041 | PMNT | WA | 28-SEP-2004 | GR/G | Cincinnati Childrens | OHS /04/245 | 1370981 | $75.00 | 28-SEP-2004 |
| 0042 | PMNT | WA | 13-OCT-2004 | GR/G | Cincinnati Childrens | OHS /05/008 | 1373886 | $75.00 | 13-OCT-2004 |
| 0043 | PMNT | WA | 25-OCT-2004 | GR/G | Cincinnati Childrens | OHS /05/016 | 1377176 | $75.00 | 25-OCT-2004 |
| 0044 | PMNT | WA | 08-NOV-2004 | GR/G | Cincinnati Childrens | OHS /05/024 | 1380570 | $75.00 | 08-NOV-2004 |
| 0045 | PMNT | WA | 22-NOV-2004 | GR/G | Cincinnati Childrens | OHS /05/033 | 1383864 | $75.00 | 22-NOV-2004 |
| 0046 | PMNT | WA | 06-DEC-2004 | GR/G | Cincinnati Children' | OHS /05/042 | 1387240 | $75.00 | 06-DEC-2004 |
| 0047 | PMNT | WA | 20-DEC-2004 | GR/G | Cincinnati's Childre | OHS /05/051 | 1390457 | $75.00 | 20-DEC-2004 |
| 0048 | PMNT | WA | 05-JAN-2005 | GR/G | Cincinnati Children' | OHS /05/060 | 1392909 | $75.00 | 05-JAN-2005 |
| 0050 | PMNT | WA | 24-JAN-2005 | GR/G | Cincinnati Childrens | OHS /05/070 | 1395771 | $75.00 | 24-JAN-2005 |
| 0051 | PMNT | WA | 31-JAN-2005 | GR/G | Cincinnati's Childre | OHS /05/075 | 1399486 | $75.00 | 31-JAN-2005 |
| 0052 | PMNT | WA | 14-FEB-2005 | GR/G | Childrens Hosp | OHS /05/083 | 1402665 | $75.00 | 14-FEB-2005 |
| 0053 | PMNT | WA | 28-FEB-2005 | GR/G | Cincinnati's Childre | OHS /05/092 | 1406067 | $75.00 | 28-FEB-2005 |
| 0054 | PMNT | WA | 15-MAR-2005 | GR/G | Cincinnati Childrens | OHS /05/103 | 1409331 | $75.00 | 15-MAR-2005 |
| 0055 | PMNT | WA | 28-MAR-2005 | GR/G | Cincinnati Childrens | OHS /05/110 | 1412783 | $75.00 | 28-MAR-2005 |
| 0056 | PMNT | WA | 11-APR-2005 | GR/G | Cincinnati Childrens | OHS /05/119 | 1415932 | $75.00 | 11-APR-2005 |
| 0057 | PMNT | WA | 25-APR-2005 | GR/G | Cincinnati Childrens | OHS /05/129 | 1419063 | $75.00 | 25-APR-2005 |
| 0058 | PMNT | WA | 09-MAY-2005 | GR/G | Cincinnati Children' | OHS /05/140 | 1422465 | $75.00 | 09-MAY-2005 |
| 0059 | PMNT | WA | 23-MAY-2005 | GR/G | Cincinnati Children' | OHS /05/147 | 1425544 | $75.00 | 23-MAY-2005 |
| 0060 | PMNT | WA | 06-JUN-2005 | GR/G | Cincinnati Childrens | OHS /05/155 | 1429110 | $75.00 | 06-JUN-2005 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0061 | PMNT | WA | 20-JUN-2005 | GR/G | cincinnati childrens | OHS /05/165 | 1432831 | $75.00 | 20-JUN-2005 |
| 0062 | PMNT | WA | 05-JUL-2005 | GR/G | Cincinnati Childrens | OHS /05/175 | 5000136 | $75.00 | 05-JUL-2005 |
| 0063 | PMNT | WA | 18-JUL-2005 | GR/G | Cincinnati Childrens | OHS /05/183 | 5001581 | $75.00 | 18-JUL-2005 |
| 0064 | PMNT | WA | 02-AUG-2005 | GR/G | Cincinnati Childrens | OHS /05/195 | 5004270 | $75.00 | 02-AUG-2005 |

Total Payments for Debtor: *$3,568.63*