# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>**Plaintiff** )<br>)<br>vs. )<br>)<br>**ROSE M. SEAY,** )<br>**aka ROSE MARIE SEAY,** )<br>**SSN: XXX-XX-1908** )<br>**Defendant,** )<br>)<br>**and** )<br>)<br>**Cincinnati Children Hospital Medical Center** )<br>)<br>**Garnishee.** ) | **CASE NO: C-1-00-899**<br><br>**JUDGE WEBER**<br>**MAGISTRATE JUDGE NOVOTNY** |

## ANNUAL ACCOUNTING IN GARNISHMENT

Pursuant to Title 18, U.S.C. § 3205(c)(9)(A), the United States of America submits the following accounting of the monies and property received under the Order of Garnishment filed in the above entitled action.

Pursuant to the Order of Garnishment, payments have been withheld from the Judgment Debtor and applied to the judgment debt in accordance with the attached Exhibit A.

>Respectfully submitted,
>
>GREGORY G. LOCKHART
>United States Attorney
>
>s/Deborah F. Sanders
>DEBORAH F. SANDERS (0043575)
>Assistant United States Attorney
>Two Nationwide Plaza
>303 Marconi Boulevard, Suite 200
>Columbus, Ohio 43215
>(614) 469-5715

**CERTIFICATE OF SERVICE**

A true copy of the above and foregoing Annual Accounting In Garnishment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed by first class mail, postage prepaid, this 29th day of September, 2006 to:

Rose Seay
3000 Burnett Ave., Apt E
Cincinnati, OH 45219


Cincinnati Children's Hospital Medical Center
Attn Human Resources/Payroll
333 Burnett Ave.
Cincinnati, Oh 45229

                                                s/Deborah F. Sanders
                                                DEBORAH F. SANDERS (0043575)
                                                Assistant United States Attorney