RUN DATE: 23-SEP-2006

PAYMENT HISTORY REPORT

Report: CZ_QRYG
PAGE: 1 OF 4

FOR: 2000200845/001

DEBTOR: Seay, Rose M.
COURT NUMBER: C-1-00-899
CURRENT LIABILITY BALANCE: $7,712.59

PRIORITY CODE:

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- |
| 0025 | PMNT | WA | 31-MAR-2004 | GR/G | Cincinnati Childrens | OHS /04/115 | 1330550 | | $943.63 | 31-MAR-2004 |
| 0026 | PMNT | WA | 13-APR-2004 | GR/G | Cincinnati Childrens | OHS /04/124 | 1333106 | | $75.00 | 13-APR-2004 |
| 0027 | PMNT | WA | 26-APR-2004 | GR/G | Cincinnati Childrens | OHS /04/132 | 1336257 | | $75.00 | 26-APR-2004 |
| 0028 | PMNT | WA | 10-MAY-2004 | GR/G | Childrens Hospital | OHS /04/142 | 1339225 | | $75.00 | 10-MAY-2004 |
| 0029 | PMNT | WA | 26-MAY-2004 | GR/G | Cincinnati Childrens | OHS /04/153 | 1342252 | | $75.00 | 26-MAY-2004 |
| 0030 | PMNT | WA | 09-JUN-2004 | GR/G | Cincinnati's Childre | OHS /04/165 | 1346190 | | $75.00 | 09-JUN-2004 |
| 0031 | PMNT | WA | 23-JUN-2004 | GR/G | Cincinnati Childrens | OHS /04/175 | 1349279 | | $75.00 | 23-JUN-2004 |
| 0032 | PMNT | WA | 07-JUL-2004 | GR/G | Cincinnati Childrens | OHS /04/185 | 1353101 | | $75.00 | 07-JUL-2004 |
| 0033 | PMNT | WA | 19-JUL-2004 | GR/G | CHILDREN'S HOSPITAL | OHS /04/194 | 1356027 | | $75.00 | 19-JUL-2004 |
| 0034 | PMNT | WA | 02-AUG-2004 | GR/G | Cincinnati Childrens | OHS /04/205 | 1359240 | | $75.00 | 02-AUG-2004 |
| 0035 | PMNT | WA | 16-AUG-2004 | GR/G | Cincinnati Childrens | OHS /04/216 | 1362102 | | $75.00 | 16-AUG-2004 |
| 0039 | PMNT | WA | 30-AUG-2004 | GR/G | Cincinnati childrens | OHS /04/225 | 1364964 | | $75.00 | 30-AUG-2004 |
| 0040 | PMNT | WA | 13-SEP-2004 | GR/G | Cincinnati Childrens | OHS /04/235 | 1367667 | | $75.00 | 13-SEP-2004 |
| 0041 | PMNT | WA | 28-SEP-2004 | GR/G | Cincinnati Childrens | OHS /04/245 | 1370981 | | $75.00 | 28-SEP-2004 |
| 0042 | PMNT | WA | 13-OCT-2004 | GR/G | Cincinnati Childrens | OHS /05/008 | 1373886 | | $75.00 | 13-OCT-2004 |
| 0043 | PMNT | WA | 25-OCT-2004 | GR/G | Cincinnati Childrens | OHS /05/016 | 1377176 | | $75.00 | 25-OCT-2004 |
| 0044 | PMNT | WA | 08-NOV-2004 | GR/G | Cincinnati Childrens | OHS /05/024 | 1380570 | | $75.00 | 08-NOV-2004 |
| 0045 | PMNT | WA | 22-NOV-2004 | GR/G | Cincinnati Childrens | OHS /05/033 | 1383864 | | $75.00 | 22-NOV-2004 |
| 0046 | PMNT | WA | 06-DEC-2004 | GR/G | Cincinnati Children' | OHS /05/042 | 1387240 | | $75.00 | 06-DEC-2004 |
| 0047 | PMNT | WA | 20-DEC-2004 | GR/G | Cincinnati Childre | OHS /05/051 | 1390457 | | $75.00 | 20-DEC-2004 |
| 0048 | PMNT | WA | 05-JAN-2005 | GR/G | Cincinnati Children' | OHS /05/060 | 1392909 | | $75.00 | 05-JAN-2005 |
| 0050 | PMNT | WA | 24-JAN-2005 | GR/G | Cincinnati Childrens | OHS /05/070 | 1395771 | | $75.00 | 24-JAN-2005 |
| 0051 | PMNT | WA | 31-JAN-2005 | GR/G | Cincinnati's Childre | OHS /05/075 | 1399486 | | $75.00 | 31-JAN-2005 |
| 0052 | PMNT | WA | 14-FEB-2005 | GR/G | Childrens Hosp | OHS /05/083 | 1402665 | | $75.00 | 14-FEB-2005 |
| 0053 | PMNT | WA | 28-FEB-2005 | GR/G | Cincinnati's Childre | OHS /05/092 | 1406067 | | $75.00 | 28-FEB-2005 |
| 0054 | PMNT | WA | 15-MAR-2005 | GR/G | Cincinnati Childrens | OHS /05/103 | 1409331 | | $75.00 | 15-MAR-2005 |
| 0055 | PMNT | WA | 28-MAR-2005 | GR/G | Cincinnati Childrens | OHS /05/110 | 1412783 | | $75.00 | 28-MAR-2005 |
| 0056 | PMNT | WA | 11-APR-2005 | GR/G | Cincinnati Childrens | OHS /05/119 | 1415932 | | $75.00 | 11-APR-2005 |



CARDELS 800-783-0399
GOVERNMENT EXHIBIT

```
RUN DATE: 23-SEP-2006                                PAYMENT HISTORY REPORT                                          Report: CZ_QRYG
                                                                                                                     PAGE: 2 OF 4
                                                     FOR: 2000200845/001

DEBTOR: Seay, Rose M.
COURT NUMBER: C-1-00-899
CURRENT LIABILITY BALANCE: $7,712.59                                                                  PRIORITY CODE:

FIN   FIN    COL   REC          FORM/   REC                    DEPOSIT   CHECK     BOP              PMNT AMT   POST
SEQ   CODE   TYPE  DATE         REC BY  FROM                   NO.       NO.       DEPOSIT NO.                 DATE
----  ----   ----  -----------  ------  -------------------    -------   -------   -----------     --------   -----------
0057  PMNT   WA    25-APR-2005  GR/G    Cincinnati Childrens   OHS /05/129   1419063                $75.00    25-APR-2005
0058  PMNT   WA    09-MAY-2005  GR/G    Cincinnati Children'   OHS /05/140   1422465                $75.00    09-MAY-2005
0059  PMNT   WA    23-MAY-2005  GR/G    Cincinnati Children'   OHS /05/147   1425544                $75.00    23-MAY-2005
0060  PMNT   WA    06-JUN-2005  GR/G    Cincinnati Childrens   OHS /05/155   1429110                $75.00    06-JUN-2005
0061  PMNT   WA    20-JUN-2005  GR/G    cincinnati childrens   OHS /05/165   1432831                $75.00    20-JUN-2005
0062  PMNT   WA    05-JUL-2005  GR/G    Cincinnati Childrens   OHS /05/175   5000136                $75.00    05-JUL-2005
0063  PMNT   WA    18-JUL-2005  GR/G    Cincinnati Childrens   OHS /05/183   5001581                $75.00    18-JUL-2005
0064  PMNT   WA    02-AUG-2005  GR/G    Cincinnati Childrens   OHS /05/195   5004270                $75.00    02-AUG-2005
0065  PMNT   WA    15-AUG-2005  GR/G    Cincinnati Childrens   OHS /05/203   5006894                $75.00    15-AUG-2005
0066  PMNT   WA    30-AUG-2005  GR/G    Cincinnati Childrens   OHS /05/214   5010053                $75.00    30-AUG-2005
0067  PMNT   WA    12-SEP-2005  GR/G    Cincinnati Childrens   OHS /05/222   5012895                $75.00    12-SEP-2005
0068  PMNT   WA    26-SEP-2005  GR/G    Cincinnati Childrens   OHS /05/232   5016037                $75.00    26-SEP-2005
0069  PMNT   WA    11-OCT-2005  GR/G    Cincinnati Children    OHS /06/007   5019747                $75.00    11-OCT-2005
0070  PMNT   WA    24-OCT-2005  GR/G    Cincinnati Childrens   OHS /06/015   5023084                $75.00    24-OCT-2005
0071  PMNT   WA    09-NOV-2005  GR/G    Cincinnati Childrens   OHS /06/027   5026728                $75.00    09-NOV-2005
0072  PMNT   WA    21-NOV-2005  GR/G    Cincinnati Childrens   OHS /06/034   5029826                $75.00    21-NOV-2005
0074  PMNT   WA    08-DEC-2005  GR/G    Cincinnati Childrens   OHS /06/045   5032989                $75.00    08-DEC-2005
0075  PMNT   WA    21-DEC-2005  GR/G    Cincinnati Childrens   OHS /06/053   5035918                $75.00    21-DEC-2005
0076  PMNT   WA    05-JAN-2006  GR/G    Cincinnati Childrens   OHS /06/062   5040144                $75.00    05-JAN-2006
0077  PMNT   WA    17-JAN-2006  GR/G    Cincinnati Childrens   OHS /06/069   5042831                $75.00    17-JAN-2006
0079  PMNT   WA    31-JAN-2006  GR/G    Cincinnati childrens   OHS /06/079   5046169                $75.00    31-JAN-2006
0080  PMNT   WA    13-FEB-2006  GR/G    Cincinnati Childrens   OHS /06/086   5049651                $75.00    13-FEB-2006
0081  PMNT   WA    07-MAR-2006  GR/G    Cincinnati Childrens   OHS /06/099   5054222                $75.00    07-MAR-2006
0082  PMNT   WA    14-MAR-2006  GR/G    Cincinnati Childrens   OHS /06/102   5057393                $75.00    14-MAR-2006
0083  PMNT   WA    28-MAR-2006  GR/G    Cincinnati Childrens   OHS /06/107   5060382                $75.00    28-MAR-2006
0084  PMNT   WA    11-APR-2006  GR/G    Cincinnati Childrens   OHS /06/116   5063564                $75.00    11-APR-2006
0085  PMNT   WA    26-APR-2006  GR/G    Cincinnati Childrens   OHS /06/126   5067142                $75.00    26-APR-2006
0086  PMNT   WA    09-MAY-2006  GR/G    Cincinnati Childrens   OHS /06/134   5070222                $75.00    09-MAY-2006
0087  PMNT   WA    22-MAY-2006  GR/G    Cincinnati Childrens   OHS /06/141   5073482                $75.00    22-MAY-2006
0088  PMNT   WA    07-JUN-2006  GR/G    Cincinnati Childrens   OHS /06/150   5076252                $75.00    07-JUN-2006
0089  PMNT   WA    20-JUN-2006  GR/G    Cincinnati Childrens   OHS /06/157   5079401                $75.00    20-JUN-2006
```

```
RUN DATE: 23-SEP-2006                          PAYMENT HISTORY REPORT                         Report: CZ_QRYG
                                               FOR: 2000Z00845/001                            PAGE: 3 OF 4

         DEBTOR: Seay, Rose M.
         COURT NUMBER: C-1-00-899                                            PRIORITY CODE:
CURRENT LIABILITY BALANCE: $7,712.59

SEQ   FIN   COL   REC          FORM/    REC                      DEPOSIT    CHECK      BOP            PMNT AMT   POST
      CODE  TYPE  DATE         REC BY   FROM                     NO.        NO.        DEPOSIT NO.               DATE
----  ----  ----  -----------  -------  ---------------------    ---------  --------   -----------    --------   -----------
0090  PMNT  WA    05-JUL-2006  GR/G     Cincinnati Childrens     OHS /06/165  5083000                 $75.00     05-JUL-2006
0091  PMNT  WA    18-JUL-2006  GR/G     Cincinnati Childrens     OHS /06/172  5085859                 $75.00     18-JUL-2006
0092  PMNT  WA    01-AUG-2006  GR/G     Cincinnati Childrens     OHS /06/177  5088923                 $75.00     01-AUG-2006
0093  PMNT  WA    17-AUG-2006  GR/G     Cincinnati Childrens     OHS /06/189  5091501                 $75.00     17-AUG-2006
0094  PMNT  WA    01-SEP-2006  GR/G     Cincinnati Childrens     OHS /06/199  5095328                 $75.00     05-SEP-2006
0095  PMNT  WA    13-SEP-2006  GR/G     Cincinnati Childrens     OHS /06/204  5097454                 $75.00     13-SEP-2006

                                                              Total Payments for Debtor:           $5,743.63
```