# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| **Plaintiff** | ) |
| | ) **CASE NO: C-1-00-899** |
| vs. | ) |
| | ) |
| **ROSE M. SEAY,** | ) **JUDGE WEBER** |
| aka **ROSE MARIE SEAY,** | ) **MAGISTRATE JUDGE NOVOTNY** |
| **SSN: XXX-XX-1908** | ) |
| **Defendant,** | ) |
| | ) |
| **and** | ) |
| | ) |
| **Cincinnati Children Hospital Medical Center** | ) |
| | ) |
| **Garnishee.** | ) |

## ANNUAL ACCOUNTING IN GARNISHMENT

Pursuant to Title 18, U.S.C. § 3205(c)(9)(A), the United States of America submits the following accounting of the monies and property received under the Order of Garnishment filed in the above entitled action.

Pursuant to the Order of Garnishment, payments have been withheld from the Judgment Debtor and applied to the judgment debt in accordance with the attached Exhibit A.

    Respectfully submitted,

    GREGORY G. LOCKHART
    United States Attorney

    s/Deborah F. Sanders
    DEBORAH F. SANDERS (0043575)
    Assistant United States Attorney
    Two Nationwide Plaza
    303 Marconi Boulevard, Suite 200
    Columbus, Ohio 43215
    (614) 469-5715

## CERTIFICATE OF SERVICE

A true copy of the above and foregoing Annual Accounting In Garnishment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed by first class mail, postage prepaid, this 6th day of November, 2007 to:

Rose Seay
319 E. University Ave. #1
Cincinnati, OH 45219

Cincinnati Children's Hospital Medical Center
Attn Human Resources/Payroll
333 Burnett Ave.
Cincinnati, Oh 45229

                                                 s/Deborah F. Sanders
                                                 DEBORAH F. SANDERS (0043575)
                                                 Assistant United States Attorney