Single Liability Payment History
United States Department of Justice
Consolidated Debt Collection System

Report Date: 10/30/2007

Report Level:

Cdcs Nbr2000A57793 Cdcs Seq 001 Name Last Seay    Name First Rose M.    Court Nbr C-1-00-899    Priority Code    Curr Liability    $ 5,971.97

Payments:

| Seq | Financ | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount | Run Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0025 | PMNT | | 03/31/2004 | GR | G | Cincinnati ChildrensOHS | OHS /04/115 | 1330550 | | 03/31/2004 | $ 943.63 | 11,969.86 |
| 0026 | PMNT | | 04/13/2004 | GR | G | Cincinnati ChildrensOHS | OHS /04/124 | 1333306 | | 04/13/2004 | $ 75.00 | 11,370.67 |
| 0027 | PMNT | | 04/26/2004 | GR | G | Cincinnati ChildrensOHS | OHS /04/132 | 1336257 | | 04/26/2004 | $ 75.00 | 11,315.21 |
| 0028 | PMNT | | 05/10/2004 | GR | G | Childrens Hospital OHS | OHS /04/142 | 1339225 | | 05/10/2004 | $ 75.00 | 11,259.70 |
| 0029 | PMNT | | 05/26/2004 | GR | G | Cincinnati ChildrensOHS | OHS /04/153 | 1342252 | | 05/26/2004 | $ 75.00 | 11,205.59 |
| 0030 | PMNT | | 06/09/2004 | GR | G | Cincinnati ChildrensOHS | OHS /04/165 | 1346190 | | 06/09/2004 | $ 75.00 | 11,154.35 |
| 0031 | PMNT | | 06/23/2004 | GR | G | Cincinnati ChildrensOHS | OHS /04/175 | 1349279 | | 06/23/2004 | $ 75.00 | 11,100.04 |
| 0032 | PMNT | | 07/07/2004 | GR | G | Cincinnati ChildrensOHS | OHS /04/185 | 1353101 | | 07/07/2004 | $ 75.00 | 11,045.63 |
| 0033 | PMNT | | 07/19/2004 | GR | G | Cincinnati ChildrensOHS | OHS /04/194 | 1356027 | | 07/19/2004 | $ 75.00 | 10,991.12 |
| 0034 | PMNT | | 08/02/2004 | GR | G | CHILDREN'S HOSPITALOHS | OHS /04/205 | 1352240 | | 08/02/2004 | $ 75.00 | 10,933.60 |
| 0035 | PMNT | | 08/16/2004 | GR | G | Cincinnati ChildrensOHS | OHS /04/216 | 1362102 | | 08/16/2004 | $ 75.00 | 10,878.88 |
| 0039 | PMNT | | 08/30/2004 | GR | G | Cincinnati ChildrensOHS | OHS /04/225 | 1364964 | | 08/30/2004 | $ 75.00 | 10,824.05 |
| 0040 | PMNT | | 09/13/2004 | GR | G | Cincinnati children OHS | OHS /04/235 | 1367667 | | 09/13/2004 | $ 75.00 | 10,769.14 |
| 0041 | PMNT | | 09/28/2004 | GR | G | Cincinnati ChildrensOHS | OHS /04/245 | 1370981 | | 09/28/2004 | $ 75.00 | 10,714.12 |
| 0042 | PMNT | | 10/13/2004 | GR | G | Cincinnati ChildrensOHS | OHS /05/008 | 1373886 | | 10/13/2004 | $ 75.00 | 10,660.42 |
| 0043 | PMNT | | 10/25/2004 | GR | G | Cincinnati ChildrensOHS | OHS /05/016 | 1377176 | | 10/25/2004 | $ 75.00 | 10,606.61 |
| 0044 | PMNT | | 11/08/2004 | GR | G | Cincinnati ChildrensOHS | OHS /05/024 | 1380570 | | 11/08/2004 | $ 75.00 | 10,548.48 |
| 0045 | PMNT | | 11/22/2004 | GR | G | Cincinnati ChildrensOHS | OHS /05/033 | 1383864 | | 11/22/2004 | $ 75.00 | 10,493.05 |
| 0046 | PMNT | | 12/06/2004 | GR | G | Cincinnati Children'OHS | OHS /05/042 | 1387240 | | 12/06/2004 | $ 75.00 | 10,437.52 |
| 0047 | PMNT | | 12/20/2004 | GR | G | Cincinnati ChildrensOHS | OHS /05/051 | 1390457 | | 12/20/2004 | $ 75.00 | 10,381.88 |
| 0048 | PMNT | | 01/05/2005 | GR | G | Cincinnati Children'OHS | OHS /05/060 | 1392909 | | 01/05/2005 | $ 75.00 | 10,326.14 |
| 0050 | PMNT | | 01/24/2005 | GR | G | Cincinnati ChildrensOHS | OHS /05/070 | 1395771 | | 01/24/2005 | $ 75.00 | 10,273.05 |
| 0051 | PMNT | | 01/31/2005 | GR | G | Cincinnati's ChildrenOHS | OHS /05/075 | 1399486 | | 01/31/2005 | $ 75.00 | 10,224.00 |
| 0052 | PMNT | | 02/14/2005 | GR | G | Childrens Hosp OHS | OHS /05/083 | 1402665 | | 02/14/2005 | $ 75.00 | 10,158.51 |
| 0053 | PMNT | | 02/28/2005 | GR | G | Cincinnati ChildrensOHS | OHS /05/092 | 1406067 | | 02/28/2005 | $ 75.00 | 10,102.41 |
| 0054 | PMNT | | 03/15/2005 | GR | G | Cincinnati's ChildrenOHS | OHS /05/103 | 1409331 | | 03/15/2005 | $ 75.00 | 10,046.20 |
| 0055 | PMNT | | 03/28/2005 | GR | G | Cincinnati Children'OHS | OHS /05/110 | 1412783 | | 03/28/2005 | $ 75.00 | 9,991.22 |
| 0056 | PMNT | | 04/11/2005 | GR | G | Cincinnati ChildrensOHS | OHS /05/119 | 1415932 | | 04/11/2005 | $ 75.00 | 9,933.48 |
| 0057 | PMNT | | 04/25/2005 | GR | G | Cincinnati ChildrensOHS | OHS /05/129 | 1419063 | | 04/25/2005 | $ 75.00 | 9,876.96 |
| 0058 | PMNT | | 05/09/2005 | GR | G | Cincinnati Children'OHS | OHS /05/140 | 1422465 | | 05/09/2005 | $ 75.00 | 9,820.33 |
| 0059 | PMNT | | 05/23/2005 | GR | G | Cincinnati ChildrensOHS | OHS /05/147 | 1425544 | | 05/23/2005 | $ 75.00 | 9,763.60 |
| 0060 | PMNT | | 06/06/2005 | GR | G | Cincinnati childrensOHS | OHS /05/155 | 1429110 | | 06/06/2005 | $ 75.00 | 9,706.76 |
| 0061 | PMNT | | 06/20/2005 | GR | G | Cincinnati ChildrensOHS | OHS /05/165 | 1432831 | | 06/20/2005 | $ 75.00 | 9,649.82 |
| 0062 | PMNT | | 07/05/2005 | GR | G | Cincinnati ChildrensOHS | OHS /05/175 | 5000136 | | 07/05/2005 | $ 75.00 | 9,592.77 |
| 0063 | PMNT | | 07/18/2005 | GR | G | Cincinnati ChildrensOHS | OHS /05/183 | 5001581 | | 07/18/2005 | $ 75.00 | 9,536.89 |
| 0064 | PMNT | | 08/02/2005 | GR | G | Cincinnati ChildrensOHS | OHS /05/195 | 5004270 | | 08/02/2005 | $ 75.00 | 9,478.36 |
| 0065 | PMNT | | 08/15/2005 | GR | G | Cincinnati ChildrensOHS | OHS /05/203 | 5006894 | | 08/15/2005 | $ 75.00 | 9,422.25 |
| 0066 | PMNT | | 08/30/2005 | GR | G | Cincinnati ChildrensOHS | OHS /05/214 | 5010053 | | 08/30/2005 | $ 75.00 | 9,363.53 |
| 0067 | PMNT | | 09/12/2005 | GR | G | Cincinnati ChildrensOHS | OHS /05/222 | 5012895 | | 09/12/2005 | $ 75.00 | 9,307.19 |
| 0068 | PMNT | | 09/26/2005 | GR | G | Cincinnati ChildrensOHS | OHS /05/232 | 5016037 | | 09/26/2005 | $ 75.00 | 9,248.27 |
| 0069 | PMNT | | 10/11/2005 | GR | G | Cincinnati Children OHS | OHS /06/007 | 5019747 | | 10/11/2005 | $ 75.00 | 9,190.47 |
| | | | | | | | | | | | | 9,133.79 |



Report Level:

**Single Liability Payment History**
**United States Department of Justice**
**Consolidated Debt Collection System**

Report Date: 10/30/2007

| Cdcs Nbr | Seq | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Court Nbr | Check Nbr | Bop Deposit Nbr | Priority Code | Curr Liability $ | Posting Date | Payment Amount | Run Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000A57793 | 001 | | | | | Name Last Seay | Name First Rose M. | | C-1-00-899 | | | | 5,971.97 | | |
| | 0070 | PMNT | 10/24/2005 | GR | G | Cincinnati Childrens OHS | /06/015 | | 5023084 | | | | 10/24/2005 | $ 75.00 | $ 9,074.57 |
| | 0071 | PMNT | 11/09/2005 | GR | G | Cincinnati Childrens OHS | /06/027 | | 5026728 | | | | 11/09/2005 | $ 75.00 | $ 9,018.86 |
| | 0072 | PMNT | 11/21/2005 | GR | G | Cincinnati Childrens OHS | /06/034 | | 5029826 | | | | 11/21/2005 | $ 75.00 | $ 8,958.24 |
| | 0074 | PMNT | 12/08/2005 | GR | G | Cincinnati Childrens OHS | /06/045 | | 5032989 | | | | 12/08/2005 | $ 75.00 | $ 8,903.47 |
| | 0075 | PMNT | 12/21/2005 | GR | G | Cincinnati Childrens OHS | /06/053 | | 5035918 | | | | 12/21/2005 | $ 75.00 | $ 8,843.85 |
| | 0076 | PMNT | 01/05/2006 | GR | G | Cincinnati Childrens OHS | /06/062 | | 5040144 | | | | 01/05/2006 | $ 75.00 | $ 8,786.48 |
| | 0077 | PMNT | 01/17/2006 | GR | G | Cincinnati Childrens OHS | /06/069 | | 5042831 | | | | 01/17/2006 | $ 75.00 | $ 8,725.49 |
| | 0079 | PMNT | 01/31/2006 | GR | G | Cincinnati Childrens OHS | /06/079 | | 5046169 | | | | 01/31/2006 | $ 75.00 | $ 8,666.73 |
| | 0080 | PMNT | 02/13/2006 | GR | G | Cincinnati Childrens OHS | /06/086 | | 5049651 | | | | 02/13/2006 | $ 75.00 | $ 8,606.70 |
| | 0081 | PMNT | 03/07/2006 | GR | G | Cincinnati Childrens OHS | /06/099 | | 5054222 | | | | 03/07/2006 | $ 75.00 | $ 8,556.86 |
| | 0082 | PMNT | 03/14/2006 | GR | G | Cincinnati Childrens OHS | /06/102 | | 5057393 | | | | 03/14/2006 | $ 75.00 | $ 8,489.82 |
| | 0083 | PMNT | 03/28/2006 | GR | G | Cincinnati Childrens OHS | /06/107 | | 5060382 | | | | 03/28/2006 | $ 75.00 | $ 8,430.61 |
| | 0084 | PMNT | 04/11/2006 | GR | G | Cincinnati Childrens OHS | /06/116 | | 5063564 | | | | 04/11/2006 | $ 75.00 | $ 8,371.29 |
| | 0085 | PMNT | 04/26/2006 | GR | G | Cincinnati Childrens OHS | /06/126 | | 5067142 | | | | 04/26/2006 | $ 75.00 | $ 8,312.98 |
| | 0086 | PMNT | 05/09/2006 | GR | G | Cincinnati Childrens OHS | /06/134 | | 5070222 | | | | 05/09/2006 | $ 75.00 | $ 8,252.34 |
| | 0087 | PMNT | 05/22/2006 | GR | G | Cincinnati Childrens OHS | /06/141 | | 5073482 | | | | 05/22/2006 | $ 75.00 | $ 8,191.60 |
| | 0088 | PMNT | 06/07/2006 | GR | G | Cincinnati Childrens OHS | /06/150 | | 5076252 | | | | 06/07/2006 | $ 75.00 | $ 8,134.02 |
| | 0089 | PMNT | 06/20/2006 | GR | G | Cincinnati Childrens OHS | /06/157 | | 5079401 | | | | 06/20/2006 | $ 75.00 | $ 8,073.07 |
| | 0090 | PMNT | 07/05/2006 | GR | G | Cincinnati Childrens OHS | /06/165 | | 5083000 | | | | 07/05/2006 | $ 75.00 | $ 8,014.16 |
| | 0091 | PMNT | 07/18/2006 | GR | G | Cincinnati Childrens OHS | /06/172 | | 5085859 | | | | 07/18/2006 | $ 75.00 | $ 7,953.00 |
| | 0092 | PMNT | 08/01/2006 | GR | G | Cincinnati Childrens OHS | /06/177 | | 5088923 | | | | 08/01/2006 | $ 75.00 | $ 7,892.79 |
| | 0093 | PMNT | 08/17/2006 | GR | G | Cincinnati Childrens OHS | /06/189 | | 5091501 | | | | 08/17/2006 | $ 75.00 | $ 7,834.57 |
| | 0094 | PMNT | 09/01/2006 | GR | G | Cincinnati Childrens OHS | /06/199 | | 5095328 | | | | 09/05/2006 | $ 75.00 | $ 7,775.59 |
| | 0095 | PMNT | 09/13/2006 | GR | G | Cincinnati Childrens OHS | /06/204 | | 5097454 | | | | 09/13/2006 | $ 75.00 | $ 7,712.59 |
| | 0096 | PMNT | 09/25/2006 | GR | G | Cincinnati Childrens OHS | /06/211 | | 5101191 | | | | 09/25/2006 | $ 75.00 | $ 7,649.89 |
| | 0097 | PMNT | 10/11/2006 | GR | G | Cincinnati Childrens OHS | /07/006 | | 5103964 | | | | 10/11/2006 | $ 75.00 | $ 7,591.15 |
| | 0098 | PMNT | 10/23/2006 | GR | G | Cincinnati Childrens OHS | /07/014 | | 5107256 | | | | 10/23/2006 | $ 75.00 | $ 7,528.25 |
| | 0099 | PMNT | 11/13/2006 | GR | G | Cinn Children Hosp. OHS | /07/026 | | 5110691 | | | | 11/13/2006 | $ 75.00 | $ 7,474.26 |
| | 0100 | PMNT | 11/20/2006 | GR | G | Cincinnati Childrens OHS | /07/031 | | 5113878 | | | | 11/20/2006 | $ 75.00 | $ 7,406.21 |
| | 0101 | PMNT | 12/05/2006 | GR | G | Cincinnati Childrens OHS | /07/038 | | 5117070 | | | | 12/05/2006 | $ 75.00 | $ 7,345.97 |
| | 0103 | PMNT | 12/19/2006 | GR | G | Cincinnati Childrens OHS | /07/046 | | 5120306 | | | | 12/19/2006 | $ 75.00 | $ 7,284.63 |
| | 0104 | PMNT | 01/08/2007 | GR | G | Cincinnati Childrens OHS | /07/055 | | 5123171 | | | | 01/08/2007 | $ 75.00 | $ 7,228.99 |
| | 0105 | PMNT | 01/17/2007 | GR | G | Cincinnati Childrens OHS | /07/060 | | 5126959 | | | | 01/17/2007 | $ 75.00 | $ 7,162.64 |
| | 0107 | PMNT | 02/06/2007 | GR | G | Cincinnati Childrens OHS | /07/074 | | 5130029 | | | | 02/06/2007 | $ 75.00 | $ 7,106.69 |
| | 0108 | PMNT | 02/21/2007 | GR | G | Cincinnati Childrens OHS | /07/080 | | 5133966 | | | | 02/21/2007 | $ 75.00 | $ 7,045.85 |
| | 0109 | PMNT | 02/28/2007 | GR | G | Cincinnati Childrens OHS | /07/083 | | 5136373 | | | | 02/28/2007 | $ 75.00 | $ 6,977.40 |
| | 0110 | PMNT | 03/13/2007 | GR | G | Cincinnati Childrens OHS | /07/089 | | 5139936 | | | | 03/13/2007 | $ 75.00 | $ 6,914.45 |
| | 0111 | PMNT | 03/27/2007 | GR | G | Cincinnati Children OHS | /07/099 | | 5143924 | | | | 03/27/2007 | $ 75.00 | $ 6,852.31 |
| | 0112 | PMNT | 04/10/2007 | GR | G | Cincinnati Childrens OHS | /07/107 | | 5147069 | | | | 04/10/2007 | $ 75.00 | $ 6,790.06 |
| | 0113 | PMNT | 04/24/2007 | GR | G | Cincinnati Childrens OHS | /07/115 | | 5150260 | | | | 04/24/2007 | $ 75.00 | $ 6,727.69 |
| | 0114 | PMNT | 05/08/2007 | GR | G | Cincinnati Childrens OHS | /07/124 | | 5153913 | | | | 05/08/2007 | $ 75.00 | $ 6,665.21 |
| | 0115 | PMNT | 05/22/2007 | GR | G | Cincinnati Childrens OHS | /07/132 | | 5157258 | | | | 05/22/2007 | $ 75.00 | $ 6,602.61 |
| | 0116 | PMNT | 06/06/2007 | GR | G | Cincinnati Childrens OHS | /07/140 | | 5160926 | | | | 06/06/2007 | $ 75.00 | $ 6,540.77 |
| | 0117 | PMNT | 06/19/2007 | GR | G | Cincinnati Childrens OHS | /07/145 | | 5164562 | | | | 06/19/2007 | $ 75.00 | $ 6,477.07 |



Single Liability Payment History
United States Department of Justice
Consolidated Debt Collection System

Report Date: 10/30/2007

Report Level:

Cdcs Nbr 2000A57793  Cdcs Seq 001  Name Last Seay  Name First Rose M.  Court Nbr C-1-00-899

| Seq | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Priority Code | Bop Deposit Nbr | Curr Liability | Posting Date | Payment Amount | Run Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0118 | PMNT | 07/05/2007 | GR | G | Cincinnati Children | OHS /07/153 | 5170451 | | | $ 5,971.97 | 07/05/2007 | $ 75.00 | 6,415.84 |
| 0121 | PMNT | 07/17/2007 | GR | G | Cincinnati Childrens | OHS /07/160 | 5173576 | | | $ | 07/17/2007 | $ 75.00 | 6,351.07 |
| 0122 | PMNT | 08/02/2007 | GR | G | Cincinnati ChildrensOHS | OHS /07/170 | 5178809 | | | $ | 08/02/2007 | $ 75.00 | 6,289.57 |
| 0125 | PMNT | 08/20/2007 | GR | G | Cincinnati Childrens | OHS2007001 | 5181742 | | | $ | 08/28/2007 | $ 75.00 | 6,229.61 |
| 000127 | PMNT | 08/30/2007 | GR | G | Cincinnati Childrens Hosp | OHS2007008 | 5186146 | | | $ | 09/05/2007 | $ 75.00 | 6,162.89 |
| 000129 | PMNT | 09/14/2007 | GR | G | Cincinnati Childrens | OHS2007013 | 5191085 | | | $ | 09/18/2007 | $ 75.00 | 6,100.17 |
| 000131 | PMNT | 10/01/2007 | GR | G | Cinn Children Hosp. | OHS2008001 | 5193455 | | | $ | 10/10/2007 | $ 75.00 | 6,038.95 |
| 000133 | PMNT | 10/11/2007 | GR | G | Cinn Children's Hosp | OHS2008005 | 5197814 | | | $ | 10/16/2007 | $ 75.00 | 5,971.97 |
| Total: | | | | | | | | | | | | $ 7,843.63 | |

